■ In the Matter of D'ELYN DELILAH W., a Child Alleged to be Neglected. LIZA CARMEN T., Appellant; ADMINISTRATION FOR CHILDREN'S SERVICES, Respondent. [21 NYS3d 881]—

Appeal from order, Family Court, New York County (Susan M. Doherty, Ref.), entered on or about April 29, 2014, which, after a hearing, denied respondent mother's application to modify an order of disposition to provide increased visitation with the subject child, unanimously dismissed, without costs, as moot.

The mother's appeal has been rendered moot by the termination of her parental rights following a finding of permanent neglect. Family Court lacks authority to direct continuing contact between a parent and child where, as here, parental rights have been terminated in a contested proceeding (*see Matter of Hailey ZZ. [Ricky ZZ.]*, 19 NY3d 422 [2012]; *Matter of April S.*, 307 AD2d 204, 204 [1st Dept 2003], *lv denied* 1

NY3d 504 [2003]). In any event, the mother did not demonstrate changed circumstances or any other factual basis that would provide "good cause" to modify the visitation provisions of the dispositional order in the article 10 proceeding (*see* Family Ct Act § 1061; *Matter of Shinice H.*, 194 AD2d 444, 444 [1st Dept 1993]). Concur—Friedman, J.P., Sweeny, Saxe and Moskowitz, JJ.